Richmond M. Flowers, Atty. Gen., Leslie Hall, Asst. Atty. Gen., and Wm. A. Thompson and Earl McBee, Birmingham, opposed.

GOODWYN, Justice.

Petition of James S. Phifer for certiorari to the Court of Appeals to review and revise the judgment and decision in Phifer v. State, Ala.App., 151 So.2d 739.

Writ denied.

LIVINGSTON, C. J., and MERRILL and COLEMAN, JJ., concur.

152 So.2d 150

**Earl PHILLIPS, alias**

v.

**STATE.**

6 Div. 975.

Supreme Court of Alabama.

April 11, 1963.

Earl Phillips, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Earl Phillips for certiorari to the Court of Appeals to review and revise the judgment and decision in Phillips v. State, 152 So.2d 148, 150.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

155 So.2d 535

**Hilliard A. SANDERS**

v.

**STATE.**

3 Div. 85, 85A.

Supreme Court of Alabama.

June 27, 1963.

Rehearing Denied July 25, 1963.

Hilliard A. Sanders, pro se.

Richmond M. Flowers, Atty. Gen., and David W. Clark, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Hilliard A. Sanders for certiorari to the Court of Appeals to review Sanders v. State, Ala.App., 152 So.2d 439 and 155 So.2d 535.

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.

151 So.2d 738

**F. L. SHUTTLESWORTH**

v.

**STATE.**

6 Div. 968.

Supreme Court of Alabama.

April 4, 1963.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, for petitioner.

Richmond M. Flowers, Atty. Gen., Leslie Hall, Asst. Atty. Gen., and Wm. A. Thompson and Earl McBee, Birmingham, opposed.

GOODWYN, Justice.

Petition of F. L. Shuttlesworth for certiorari to the Court of Appeals to review and revise the judgment and decision in Shuttlesworth v. State, Ala.App., 151 So.2d 734.

Writ denied.

LIVINGSTON, C. J., and MERRILL and COLEMAN, JJ., concur.

155 So.2d 606

**Fred L. SHUTTLESWORTH**

v.

**STATE.**

**3 Div. 48.**

Supreme Court of Alabama.

July 25, 1963.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for petitioner.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Fred L. Shuttlesworth for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Shuttlesworth v. State, 155 So.2d 605.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

155 So.2d 606

**George SMITH**

v.

**STATE.**

**3 Div. 49.**

Supreme Court of Alabama.

July 25, 1963.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for petitioner.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of George Smith for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Smith v. State, 155 So.2d 606.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

155 So.2d 535

**J. R. SOUTHALL, Supervisor Alabama Alcoholic Beverage Control Board, et al.,**

v.

**COPA CLUB, INC., et al.,**

**1 Div. 64.**

Supreme Court of Alabama.

June 27, 1963.

